**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:      In re Texas Bulkhead and Construction, LLC and Clifton Schoen, Individually and d/b/a Texas Bulkhead and Construction, Relators

Appellate case number:    01-19-00289-CV

Trial court case number:  CI54724

Trial court:              County Court at Law No. 1 and Probate Court of Brazoria County

On April 17, 2019, relators, Texas Bulkhead and Construction, LLC and Clifton Schoen, Individually and d/b/a Texas Bulkhead and Construction, filed a petition for writ of mandamus seeking to vacate the respondent trial judge's January 25, 2019 "Order Granting Plaintiffs' Motion to Remove Suit from Expedited-Actions Process and Motion to Reopen Discovery," and to issue an order denying those motions. Relators have included the required Rule 52.3(j) certification and appendix to its petition, including reporter's records of the June 20, 2018 and January 25, 2019 motion hearings, and filed a separate sworn record. *See* TEX. R. APP. P. 52.3(j), 52.7(a)(2).

The Court requests a response to the petition for writ of mandamus by any real party in interest. *See* TEX. R. APP. P. 52.8(b)(1). The response, if any, shall be filed **within 20 days from the date of this order**. *See* TEX. R. APP. P. 2, 52.4.

It is so ORDERED.
Judge's signature: ___/s/ Laura C. Higley_____
              ☒ Acting individually     ☐ Acting for the Court
Date: __April 23, 2019____